# AFFIDAVIT OF SERVICE

Job # 755

### Case Info:

**PLAINTIFF:**
Angel Jaquez
-versus-
**DEFENDANT:**
Steven Holmes, ET AL.,

United States District Court, District of Connecticut
Court Division: CIVIL

Issuance Date: 10/28/2020 Court Case #
**3:20-CV-01604-MPS**

### Service Info:

**Date Received: 11/20/2020** at **12:06 PM**
**Service:** I Served **Steven Holmes**
With: **Summons; Compliant; Notice of Electronic Filing; Civil Cover Sheet; Notice to Counsel and Self-Represented Parties; Order RE: Disclosure Statement; Order on Pretrial Deadlines; Standing Protective Order; Exhibit A** by leaving with **Steven Holmes, DEFENDANT**

**At Residence 255 BOULDER LANE AUGUSTA, WV 26704**

Latitude: **39.276184**
Longitude: **-78.550513**

On **11/21/2020** at **01:37 PM**
**Manner of Service: PERSONAL**
**PERSONALLY SERVED:** by personally delivering a true and correct copy of the **Summons; Compliant; Notice of Electronic Filing; Civil Cover Sheet; Notice to Counsel and Self-Represented Parties; Order RE: Disclosure Statement; Order on Pretrial Deadlines; Standing Protective Order; Exhibit A** to: **Steven Holmes** at the address of: **255 Boulder Lane Augusta, WV 26704** In accordance with the WV state rules of civil procedure.

### Served Description:  (Approx)

Age: **64**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 10"**, Weight: **200**, Hair: **Gray** Glasses:  **Yes**

### Service Comments:

Service was executed upon defendant who accepted service. Defendant was very uncooperative during service. No other issues arose during service.

I **Jeremiah Arbogast** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: 
**Jeremiah Arbogast**

**MAVERICK Court Services**
31 Baltimore Street, Suite 109
Cumberland, MD 21502
Phone: (240) 339-3275

Our Job # **755**    Client Ref # **2020-0755/Holmes**

SUBSCRIBED AND SWORN to before me this _____24_____ day of November , 2020, by **Jeremiah Arbogast**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC for the state of West Virginia

OFFICIAL SEAL
Notary Public, State of West Virginia
**JENNIFER N JUNKINS**
HC 72  Box 510
Keyser, WV  26726
My commission expires February 1, 2022

 

1 of 1